| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) TURRENTINE, HOWARD B | 2. Court or Organization U.S. DISTRICT COURT | 3. Date of Report 5/8/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) SENIOR DISTRICT JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final  5b. ☒ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address UNITED STATES COURTHOUSE 940 FRONT STREET, SUITE 5195 SAN DIEGO, CA 92101-8909 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 MAY 14 A 11: 22 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |



| Name of Person Reporting | Date of Report |
|---|---|
| TURRENTINE, HOWARD B | 5/8/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | CALIFORNIA STATE SUPERIOR COURT JUDGES RETIREMENT | $ 8916.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TURRENTINE, HOWARD B | 5/8/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TURRENTINE, HOWARD B | 5/8/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WD40 COMMON STOCK | C | Dividend | K | T | | | | | |
| 2. SAN FRANCISCO CITY & COUNTY AIRPORT BONDS | C | Interest | K | T | | | | | |
| 3. ORANGE CALIF CFD SPL TX SERRANO HTS NO 91-2-A-AMBAC B/E DD | B | Interest | | T | Called | 7/3 | L | B | |
| 4. LOS ANGELES CALIF DWAP SYS REV SER B FSA INSD-OID B/E | A | Interest | L | T | Buy | 8/28 | L | | |
| 5. ANAHEIM CALIF PUB FING AUTH REV ELEC SYS DISTR FACS MBIA OID | A | Interest | L | T | Buy | 6/18 | K | | |
| 6. METRO WTR DIST SOUTHRN CALIF WTRWKS REV | C | Interest | L | T | | | | | |
| 7. CALIFORNIA ST PUB WKS BD LSE RV VAR | B | Interest | K | T | | | | | |
| 8. CALIFORNIA GENERAL OBLIGATION | B | Interest | L | T | | | | | |
| 9. SACRAMENTO AREA FLOOD CONTROL | B | Interest | L | T | | | | | |
| 10. T. ROWE PRICE | C | Dividend | L | T | | | | | |
| 11. WELLS FARGO | A | Interest | J | T | | | | | |
| 12. STAGECOACH | C | Interest | K | T | | | | | |
| 13. MT DIABLO CALIF UNI S/D CMNTY FACS DIST SPL | B | Interest | | T | CALLED | 6/4 | K | | |
| 14. EAST BAY CALIF MUN UTIL DIST WTR SYS REV SUB RFDG | A | Interest | K | T | | | | | |
| 15. CABRILLO FEDERAL CREDIT UNION | C | Interest | L | T | | | | | |
| 16. SMITH BARNEY CA MUNI FUND | C | Dividend | L | T | | | | | |
| 17. VANGUARD CALIF INTERIM TERM | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TURRENTINE, HOWARD B | 5/8/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| TAX EXEMPT FUND | | | | | | | | | |
| 18. VANGUARD "500" PORTFOLIO | B | Interest | L | T | | | | | |
| 19. FIDELITY GROWTH | A | Interest | L | T | | | | | |
| 20. MAIRS & POWERS GROWTH FUND | B | Interest | L | T | | | | | |
| 21. BARON FUND | A | Interest | J | T | | | | | |
| 22. FIDELITY REAL ESTATE | A | Interest | J | T | | | | | |
| 23. VANGUARD TOTAL STOCK MARKET | A | Interest | L | T | | | | | |
| 24. VANGUARD REIT | A | Interest | J | T | | | | | |
| 25. VANGUARD INDEX 500 | D | Dividend | M | T | | | | | |
| 26. IRA, CABRILLO CREDIT UNION | C | Interest | K | T | | | | | |
| 27. Investment Property #1 - Jamul | | None | K | W | | | | | |
| 28. AN UNDIVIDED 1/3 INTEREST IN INVESTMENT PROPERTY #2 - SD, CA | E | Rent | M | T | | | | | |
| 29. LIFE BENEFICIARY OF 1/2 INCOME OF TRUST 6542, (cont'd) | E | Dividend | O | T | | | | | |
| 30. (cont'd) TRUSTEE UNION BANK, CORPUS CONSISTING OF (cont'd) | | | | | | | | | |
| 31. (cont'd) FOLLOWING COMMON STOCK, FUNDS, BONDS AND RENTAL RE | | | | | | | | | |
| 32. (cont'd.) REAL PROPERTY ITEMS 53-75. | | | | | | | | | |
| 33. ABBOTT LABORATORIES | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TURRENTINE, HOWARD B | 5/8/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. AETNA LIFE & CASUALTY CO. | | | | | | | | | |
| 35. ATLANTIC RICHFIELD CO. | | | | | | | | | |
| 36. AVERY DENNISON CORP. | | | | | | | | | |
| 37. INTERNATIONAL BUSINESS MACHINES | | | | | | | | | |
| 38. FLEETWOOD ENTERPRISES | | | | | | | | | |
| 39. XEROX CORPORATION | | | | | | | | | |
| 40. MUNICIPAL FUND FOR CALIF. INVESTORS | | | | | | | | | |
| 41. (cont'd) HORTON'S ADD. SAN DIEGO | | | | | | | | | |
| 42. AN UNDIVIDED 1/3 INTEREST IN INVESTMENT PROPERTY #2 (cont'd) | | | | | | | | | |
| 43. INGLEWOOD CALIFORNIA UNIFIED SCHOOL DISTRICT | | | | | | | | | |
| 44. LOS ANGELES CALIFORNIA DEPARTMENT OF WATER & POWER | | | | | | | | | |
| 45. UNIVERSITY OF CALIFORNIA REVS | | | | | | | | | |
| 46. GLENDALE CALIFORNIA UNIFIED SCHOOL DISTRICT | | | | | | | | | |
| 47. UNIVERSITY OF CALIFORNIA REDEVELOPMENT | | | | | | | | | |
| 48. SAN DIEGO CALIFORNIA CTFS PARTNERSHIP | | | | | | | | | |
| 49. BEVERLY HILLS CALIFORNIA PUBLIC FING AUTHORITY | | | | | | | | | |
| 50. BREA OLINDA CALIFORNIA UNIFIED | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| | | |
|---|---|---|
| Name of Person Reporting | | Date of Report |
| TURRENTINE, HOWARD B | | 5/8/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| SCHOOL DISTRICT | | | | | | | | | |
| 51. SOGEN | A | Interest | J | T | | | | | |
| 52. LTD PARTNER MICROBREWERY | | None | K | U | | | | | |
| 53. QUALCOMM | | None | J | T | | | | | |
| 54. MODESTO IRR DIST | A | Interest | L | T | | | | | |
| 55. CENTRAL UNI SCHOOL DIST CAL COPS | A | Interest | L | T | | | | | |
| 56. WEST & CENT BASIN FING AU | A | Interest | K | T | | | | | |
| 57. SANTA CLARITA CALIF CTFS PARTN | A | Interest | | T | CALLED | 6/1 | K | | |
| 58. SAN JOSE CAL RDV AGY TAX ALLOC | A | Interest | L | T | | | | | |
| 59. UNIVERSITY CALIF RFDG REV | A | Interest | L | T | | | | | |
| 60. METROPOLITAN WTR DIST SOUTHN | A | Interest | L | T | | | | | |
| 61. SALINAS CALIF SAN SWR SYS REV | A | Interest | K | T | | | | | |
| 62. SAN FRANCISCO CA CITY & CO ARPTS | A | Interest | K | T | | | | | |
| 63. CALIFORNIA ST RFDG FGIC INSP | A | Interest | K | T | | | | | |
| 64. SAN DIEGO CALIF PUB FACS FING | B | Interest | K | T | | | | | |
| 65. CALIFORNIA ST. RFDG. TAX DTD | B | Interest | K | T | | | | | |
| 66. UNIVERSITY OF CALIFORNIA SAN | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TURRENTINE, HOWARD B | 5/8/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| DIEGO HOSPITAL | | | | | | | | | |
| 67. CALIFORNIA STATE OID DTD | B | Interest | K | T | | | | | |
| 68. LOS ANGELES COUNTY MET.TRANS. | B | Interest | K | T | | | | | |
| 69. SAN FRANCISCO INTERNATIONAL AIRPORT | A | Interest | L | T | | | | | |
| 70. CAL STATE G/O | A | Interest | L | T | | | | | |
| 71. SANTA CRUZ DEVELOPMENT | A | Interest | L | T | | | | | |
| 72. SACRAMENTO CO SANTIN DIST REV | A | Interest | | T | CALLED | 7/1 | L | D | |
| 73. L.A. CALIF WASTEWATER SYS | A | Interest | L | T | | | | | |
| 74. CULVER CITY SCH DIST | A | Interest | L | T | | | | | |
| 75. LONG BEACH CA SCH DIST | B | Interest | L | T | | | | | |
| 76. CALIF STATE U/T REG DO | A | Interest | K | T | | | | | |
| 77. CALIF STATE U/T REG DO | A | Interest | J | T | | | | | |
| 78. BAY ARCA GOVT REV BART | A | Interest | L | T | | | | | |
| 79. GENERAL ELECTRIC | A | Dividend | K | T | X | 6/10 | K | | |
| 80. VERIZON | A | Dividend | K | T | X | 6/10 | K | | |
| 81. BANK OF AMERICA | A | Dividend | K | T | X | 6/10 | K | | |
| 82. Washington Mut Bank CD | B | Interest | L | | | 6/10 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| TURRENTINE, HOWARD B | 5/8/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 83. | IDEARC INC | | None | J | W | | 11/24 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _5-8-07_

NOTE: ANY ................................................ FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| TURRENTINE, HOWARD B | U.S. DISTRICT COURT | 03/07/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR DISTRICT JUDGE | ☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2006<br>to<br>12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| UNITED STATES COURTHOUSE<br>940 FRONT STREET, SUITE 5195<br>SAN DIEGO, CA 92101-8909 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2007 MAR 22 A II: 05
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| TURRENTINE, HOWARD B | 03/07/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | CALIFORNIA STATE SUPERIOR COURT JUDGES RETIREMENT | $ 8916.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| TURRENTINE, HOWARD B | 03/07/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TURRENTINE, HOWARD B | 03/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WD40 COMMON STOCK | C | Dividend | K | T | | | | | |
| 2. SAN FRANCISCO CITY & COUNTY AIRPORT BONDS | C | Interest | K | T | | | | | |
| 3. ORANGE CALIF CFD SPL TX SERRANO HTS NO ▓▓▓ AMBAC B/E DD | B | Interest | L | T | Called | 7/3 | L | B | |
| 4. LOS ANGELES CALIF DWAP SYS REV SER B FSA INSD-OID B/E | A | Interest | L | T | Buy | 8/28 | L | | |
| 5. ANAHEIM CALIF PUB FING AUTH REV ELEC SYS DISTR FACS MBIA OID | A | Interest | L | T | Buy | 6/18 | K | | |
| 6. METRO WTR DIST SOUTHRN CALIF WTRWKS REV | C | Interest | L | T | | | | | |
| 7. CALIFORNIA ST PUB WKS BD LSE RV VAR | B | Interest | K | T | | | | | |
| 8. CALIFORNIA GENERAL OBLIGATION | B | Interest | L | T | | | | | |
| 9. SACRAMENTO AREA FLOOD CONTROL | B | Interest | L | T | | | | | |
| 10. T. ROWE PRICE | C | Dividend | L | T | | | | | |
| 11. WELLS FARGO | A | Interest | J | T | | | | | |
| 12. STAGECOACH | C | Interest | K | T | | | | | |
| 13. MT DIABLO CALIF UNI S/D CMNTY FACS DIST SPL | B | Interest | | T | CALLED | 6/4 | K | | |
| 14. EAST BAY CALIF MUN UTIL DIST WTR SYS REV SUB RFDG | A | Interest | K | T | | | | | |
| 15. CABRILLO FEDERAL CREDIT UNION | C | Interest | L | T | | | | | |
| 16. SMITH BARNEY CA MUNI FUND | C | Dividend | L | T | | | | | |
| 17. VANGUARD CALIF INTERIM TERM | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| TURRENTINE, HOWARD B | 03/07/2007 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| TAX EXEMPT FUND | | | | | | | | | |
| 18. VANGUARD "500" PORTFOLIO | B | Interest | L | T | | | | | |
| 19. FIDELITY GROWTH | A | Interest | L | T | | | | | |
| 20. MAIRS & POWERS GROWTH FUND | B | Interest | L | T | | | | | |
| 21. BARON FUND | A | Interest | J | T | | | | | |
| 22. FIDELITY REAL ESTATE | A | Interest | J | T | | | | | |
| 23. VANGUARD TOTAL STOCK MARKET | A | Interest | L | T | | | | | |
| 24. VANGUARD REIT | A | Interest | J | T | | | | | |
| 25. VANGUARD INDEX 500 | D | Dividend | M | T | | | | | |
| 26. IRA, CABRILLO CREDIT UNION | C | Interest | K | T | | | | | |
| 27. Investment Property #1 - Jamul | | None | K | W | | | | | |
| 28. AN UNDIVIDED 1/3 INTEREST IN INVESTMENT PROPERTY #2 - SD, CA | E | Rent | M | T | | | | | |
| 29. LIFE BENEFICIARY OF 1/2 INCOME OF TRUST 6542, (cont'd) | E | Dividend | O | T | | | | | |
| 30. (cont'd) TRUSTEE UNION BANK, CORPUS CONSISTING OF (cont'd) | | | | | | | | | |
| 31. (cont'd) FOLLOWING COMMON STOCK, FUNDS, BONDS AND RENTAL RE | | | | | | | | | |
| 32. (cont'd.) REAL PROPERTY ITEMS 53-75. | | | | | | | | | |
| 33. ABBOTT LABORATORIES | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TURRENTINE, HOWARD B | 03/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. AETNA LIFE & CASUALTY CO. | | | | | | | | | |
| 35. ATLANTIC RICHFIELD CO. | | | | | | | | | |
| 36. AVERY DENNISON CORP. | | | | | | | | | |
| 37. INTERNATIONAL BUSINESS MACHINES | | | | | | | | | |
| 38. FLEETWOOD ENTERPRISES | | | | | | | | | |
| 39. XEROX CORPORATION | | | | | | | | | |
| 40. MUNICIPAL FUND FOR CALIF. INVESTORS | | | | | | | | | |
| 41. (cont'd) HORTON'S ADD. SAN DIEGO | | | | | | | | | |
| 42. AN UNDIVIDED 1/3 INTEREST IN INVESTMENT PROPERTY #2 (cont'd) | | | | | | | | | |
| 43. INGLEWOOD CALIFORNIA UNIFIED SCHOOL DISTRICT | | | | | | | | | |
| 44. LOS ANGELES CALIFORNIA DEPARTMENT OF WATER & POWER | | | | | | | | | |
| 45. UNIVERSITY OF CALIFORNIA REVS | | | | | | | | | |
| 46. GLENDALE CALIFORNIA UNIFIED SCHOOL DISTRICT | | | | | | | | | |
| 47. UNIVERSITY OF CALIFORNIA REDEVELOPMENT | | | | | | | | | |
| 48. SAN DIEGO CALIFORNIA CTFS PARTNERSHIP | | | | | | | | | |
| 49. BEVERLY HILLS CALIFORNIA PUBLIC FING AUTHORITY | | | | | | | | | |
| 50. BREA OLINDA CALIFORNIA UNIFIED | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TURRENTINE, HOWARD B | 03/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| SCHOOL DISTRICT | | | | | | | | | |
| 51. SOGEN | A | Interest | J | T | | | | | |
| 52. LTD PARTNER MICROBREWERY | | None | K | U | | | | | |
| 53. QUALCOMM | | None | J | T | | | | | |
| 54. MODESTO IRR DIST | A | Interest | L | T | | | | | |
| 55. CENTRAL UNI SCHOOL DIST CAL COPS | A | Interest | L | T | | | | | |
| 56. WEST & CENT BASIN FING AU | A | Interest | K | T | | | | | |
| 57. SANTA CLARITA CALIF CTFS PARTN | A | Interest | | T | CALLED | 6/1 | K | | |
| 58. SAN JOSE CAL RDV AGY TAX ALLOC | A | Interest | L | T | | | | | |
| 59. UNIVERSITY CALIF RFDG REV | A | Interest | L | T | | | | | |
| 60. METROPOLITAN WTR DIST SOUTHN | A | Interest | L | T | | | | | |
| 61. SALINAS CALIF SAN SWR SYS REV | A | Interest | K | T | | | | | |
| 62. SAN FRANCISCO CA CITY & CO ARPTS | A | Interest | K | T | | | | | |
| 63. CALIFORNIA ST RFDG FGIC INSP | A | Interest | K | T | | | | | |
| 64. SAN DIEGO CALIF PUB FACS FING | B | Interest | K | T | | | | | |
| 65. CALIFORNIA ST. RFDG. TAX DTD | B | Interest | K | T | | | | | |
| 66. UNIVERSITY OF CALIFORNIA SAN | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TURRENTINE, HOWARD B | 03/07/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| DIEGO HOSPITAL | | | | | | | | | |
| 67. CALIFORNIA STATE OID DTD | B | Interest | K | T | | | | | |
| 68. LOS ANGELES COUNTY MET.TRANS. | B | Interest | K | T | | | | | |
| 69. SAN FRANCISCO INTERNATIONAL AIRPORT | A | Interest | L | T | | | | | |
| 70. CAL STATE G/O | A | Interest | L | T | | | | | |
| 71. SANTA CRUZ DEVELOPMENT | A | Interest | L | T | | | | | |
| 72. SACRAMENTO CO SANTIN DIST REV | A | Interest | | T | CALLED | 7/1 | L | D | |
| 73. L.A. CALIF WASTEWATER SYS | A | Interest | L | T | | | | | |
| 74. CULVER CITY SCH DIST | A | Interest | L | T | | | | | |
| 75. LONG BEACH CA SCH DIST | B | Interest | L | T | | | | | |
| 76. CALIF STATE U/T REG DO | A | Interest | K | T | | | | | |
| 77. CALIF STATE U/T REG DO | A | Interest | J | T | | | | | |
| 78. BAY ARCA GOVT REV BART | A | Interest | L | T | | | | | |
| 79. GENERAL ELECTRIC | | Dividend | K | T | X | 6/10 | K | | |
| 80. VERIZON | | Dividend | K | T | X | 6/10 | K | | |
| 81. BANK OF AMERICA | | Dividend | K | T | X | 6/10 | K | | |
| 82. Washington Mut Bank CD | B | Interest | L | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TURRENTINE, HOWARD B | 03/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 83. IDEARC INC (spinoff of ▮▮▮ Verizon Communications) | | | J | W | | 11/24 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Amendments to March 8, 2004 report, Part VII:

Page 1, lines 4, 9, and 17 -- changed Column C (1) and (2) - info deleted

Page 2, line 26   (line 27 on amended report) -- changed Column C(1) and (2) - info deleted

Page 4, lines 60, 63, and 72   (61, 64, and 73 on amended report) -- changed Columns C (1) and (2) - info deleted

Page 5, lines 81 and 82 (82 and 83 on amended report) -- added value codes in Column D(3)

Part VII, page 2, line 21 in 2002 report -"East Bay Calif Mun Util Dist Wtr Sys Rev Sub Rfdg" - was not listed in 2003 report.  Amended report includes this item (listed as #18).

| Name of Person Reporting | Date of Report |
|---|---|
| TURRENTINE, HOWARD B | 03/07/2007 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date 3/14/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544